IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DEL-A-RAE, INC.,                    *
                                    *
        Plaintiff,                  *
                                    *
        v.                          *        CV 415-259
                                    *
EFFINGHAM COUNTY,                   *
                                    *
        Defendant.                  *

## O R D E R

Before the Court is the remaining parties' stipulation of dismissal with prejudice. (Doc. 70.) The stipulation is signed by all parties remaining in the case.[1] (Id.) Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of September, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff initiated this case against both Effingham County and the Effingham County Board of Commissioners ("ECBOC"). (See Doc. 1.) After determining that Plaintiff had abandoned its claims against the ECBOC, the Court granted summary judgment in favor of the ECBOC and dismissed it from this action. (See Doc. 36.) Accordingly, Effingham County is the only defendant remaining in this action.